**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **DERRICK A. EDWARDS,** | ) | |
| **Plaintiff,** | ) | **Case No. 7:22-cv-00213** |
| | ) | |
| **v.** | ) | |
| | ) | **By: Michael F. Urbanski** |
| **VIRGINIA DEPARTMENT OF** | ) | **Chief United States District Judge** |
| **CORRECTIONS, et al.,** | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

Plaintiff Derrick A. Edwards, a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983. By order entered May 9, 2022, the court denied Edwards's request to proceed in forma pauperis and directed him to pay the applicable filing fees within twenty days. See ECF No. 4. The order expressly warned Edwards that failure to pay all applicable fees within the time allotted would result in the dismissal of this action without prejudice.

As of this date, Edwards has not paid the filing fees or had any further communication with the court. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989) (recognizing that courts have the authority to order dismissal of an action for failure to comply with court orders, and finding that dismissal was appropriate where the pro se litigant disregarded a court order despite being warned that failure to comply would result in dismissal).

An appropriate order will be entered.

Entered: June 21, 2022

Digitally signed by Michael F.
Urbanski       Chief U.S. District
Judge
Date: 2022.06.21 15:59:53 -04'00'

Michael F. Urbanski
Chief United States District Judge